**F I L E D**

FEB 0 7 2008

FEB 0 7 2008 *alu*

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN FORMA PAUPERIS APPLICATION
## AND
## FINANCIAL AFFIDAVIT

Nelson L. Bryant
_____
Plaintiff

v.

Julie J. McBride
_____
Defendant(s)

08CV817
JUDGE ST EVE
MAGISTRATE JUDGE NOLAN

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ___Nelson L. Bryant___, declare that I am the ■plaintiff ☐petitioner ☐movant (other ___N/A___) in the above-entitled case. This affidavit constitutes my application ■to proceed without full prepayment of fees, or ■ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/~~petition/motion~~. In support of this petition/~~application~~/motion/~~appeal~~, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?        ■Yes        ☐No   (If "No," go to Question 2)
   I.D. # ___K-50623___   Name of prison or jail:  Pontiac Correctional  Center
   Do you receive any payment from the institution? ■Yes ☐No   Monthly amount: ___$10.00___ per Month

2. Are you currently employed?        ☐Yes        ■No
   Monthly salary or wages: ___No___
   Name and address of employer: ___N/A___

   a.   If the answer is "No":
        Date of last employment: ___N/A___
        Monthly salary or wages: ___N/A___
        Name and address of last employer: ___N/A___

   b.   Are you married?        ☐Yes        ■No
        Spouse's monthly salary or wages: ___N/A___
        Name and address of employer: ___N/A___

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No"*, and then check all boxes that apply in each category.

   a.   Salary or wages                                                    ☐Yes        ■No
        Amount ___N/A___        Received by ___N/A___

b.    ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes          ■No
Amount_____ Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends                         ☐Yes          ■No
Amount_____ Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                              ☐Yes          ■No
Amount_____ Received by_____

e.    ☐ Gifts or ☐ inheritances                                              ☐Yes          ■No
Amount_____ Received by_____

f.    ☐Any other sources (state source:_____ )          ☐Yes          ■No
Amount_____ Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?           ☐Yes          ■No          Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                                          ☐Yes          ■No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?          ☐Yes          ■No
Address of property:____ N/A_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                              ☐Yes          ■No
Property:____ N/A_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ■No dependents

_____

_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _11-14-2007_

_Nelson L. Bryant_
Signature of Applicant

_NELSON L. Bryant_
(Print Name)

---

**NOTICE TO PRISONERS:**  A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Nelson L. Bryant_, I.D.# _K-50623_, has the sum of $ _.20_ on account to his/her credit at (name of institution) _Pontiac Correctional Center_. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _46.77_. (Add all deposits from all sources and then divide by number of months).

_11/29/07_
DATE

_Janet Jones_
SIGNATURE OF AUTHORIZED OFFICER

_JANET JONES_
(Print name)

rev. 7/18/02

Date: 11/29/2007

Time: 9:42am

d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**

**Trust Fund**

Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 05/29/2007 thru End;    Inmate: K50623;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

### Inmate: K50623 Bryant, Nelson L.                    Housing Unit: PON-SP-03-34

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 0.27 |
| 06/07/07 | Payroll | 20 Payroll Adjustment | 158120 | | P/R month of 05/2007 | 43.20 | 43.47 |
| 06/07/07 | Mail Room | 01 MO/Checks (Not Held) | 158262 | 08716214886 | Briggs, Glenda | 40.00 | 83.47 |
| 06/11/07 | Point of Sale | 60 Commissary | 162731 | 245869 | Commissary | -22.63 | 60.84 |
| 06/14/07 | Disbursements | 80 Postage | 165320 | Chk #63453 | 510503, Pitney Bowes Bank, Inc, Inv. Date: 06/14/2007 | -.58 | 60.26 |
| 06/18/07 | Point of Sale | 60 Commissary | 169703 | 246705 | Commissary | -59.91 | .35 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194120 | | P/R month of 06/2007 | 43.20 | 43.55 |
| 07/13/07 | Disbursements | 90 Medical Co-Pay | 194320 | Chk #63672 | 511244, DOC: 523 Fund Reimburs, Inv. Date: 06/25/2007 | -2.00 | 41.55 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194320 | Chk #63713 | 512469, Pitney Bowes Bank, Inc, Inv. Date: 07/10/2007 | -.41 | 41.14 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194320 | Chk #63713 | 512105, Pitney Bowes Bank, Inc, Inv. Date: 07/05/2007 | -.80 | 40.34 |
| 07/13/07 | AP Correction | 88 Cannon Ribbons | 194520 | Chk #62274 Volded | 03/15/07 - Atoztoner | 57.25 | 97.59 |
| 07/16/07 | Point of Sale | 60 Commissary | 197703 | 248681 | Commissary | -83.12 | 14.47 |
| 07/23/07 | Point of Sale | 60 Commissary | 204703 | 249409 | Commissary | -13.50 | .97 |
| 08/13/07 | Payroll | 20 Payroll Adjustment | 225120 | | P/R month of 07/2007 | 43.20 | 44.17 |
| 08/13/07 | Point of Sale | 60 Commissary | 225774 | 250784 | Commissary | -26.19 | 17.98 |
| 08/15/07 | Disbursements | 80 Postage | 227320 | Chk #64057 | 513238, Pitney Bowes Bank, Inc, Inv. Date: 07/19/2007 | -.80 | 17.18 |
| 08/20/07 | Point of Sale | 60 Commissary | 232731 | 251493 | Commissary | -5.12 | 12.06 |
| 08/28/07 | Point of Sale | 60 Commissary | 240731 | 252192 | Commissary | -9.93 | 2.13 |
| 09/05/07 | Point of Sale | 60 Commissary | 248731 | 252661 | Commissary | -1.97 | .16 |
| 09/06/07 | Mail Room | 01 MO/Checks (Not Held) | 249225 | 8823 | Grievance | 1.02 | 1.18 |
| 09/12/07 | Mail Room | 01 MO/Checks (Not Held) | 255262 | R100711408776 | Tanner, Elizabeth | 30.00 | 31.18 |
| 09/12/07 | Payroll | 20 Payroll Adjustment | 255120 | | P/R month of 08/2007 | 10.00 | 41.18 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 517582, DOC: 523 Fund Reimburs, Inv. Date: 09/11/2007 | -2.00 | 39.18 |
| 09/17/07 | Point of Sale | 60 Commissary | 260731 | 253433 | Commissary | -27.81 | 11.37 |
| 09/25/07 | Point of Sale | 60 Commissary | 268753 | 254122 | Commissary | -10.09 | 1.28 |
| 10/05/07 | Payroll | 20 Payroll Adjustment | 278120 | | P/R month of 09/2007 | 10.00 | 11.28 |
| 10/11/07 | Point of Sale | 60 Commissary | 284731 | 255469 | Commissary | -9.71 | 1.57 |
| 10/29/07 | Mail Room | 01 MO/Checks (Not Held) | 302262 | 8788138850 | Miller, Deloris | 50.00 | 51.57 |
| 10/30/07 | Point of Sale | 60 Commissary | 303731 | 257128 | Commissary | -42.48 | 9.09 |
| 11/05/07 | Point of Sale | 60 Commissary | 309767 | 257298 | Commissary | -7.87 | 1.22 |
| 11/08/07 | Payroll | 20 Payroll Adjustment | 312120 | | P/R month of 10/2007 | 10.00 | 11.22 |
| 11/14/07 | Point of Sale | 60 Commissary | 318703 | 258165 | Commissary | -11.02 | .20 |

| | |
|---|---|
| **Total Inmate Funds:** | .20 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .20 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |