

**FILED**

FEB 0 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
~~CENTRAL~~ Northern DISTRICT OF ILLINOIS

Nelson L. Bryant                          )
_____,          )
                                          )         FEB 0 7 2008
        Plaintiff,                        )
                                          )
    vs.                                   )         08CV817
                                          )         JUDGE ST EVE
Julie J. McBride                          )         MAGISTRATE JUDGE NOLAN
_____,          )
                                          )
        Defendant(s)                      )

### MOTION FOR APPOINTMENT OF COUNSEL

1.  I, Nelson L. Bryant _____, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

    _____

    _____

    _____

    _____

    _____

3.  In further support of my motion, I declare that (check appropriate answer):

    __X__    I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

    _____    I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.



4. In further support of my motion, I declare that (check appropriate answer):

__Xx__     I have attached an original application to proceed in forma pauperis detailing my financial status.

_____     I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____     I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

                            *Nelson L. Bryant*
                              Movant's Signature

P.O. Box 99
                              Street Address

                            Pontiac, Illinois 61764
                             City/State/Zip Code

Date: 11-1-2007

10/94