United States District Court
Northern District of Illinois
Eastern Division

**FILED**
FEB 0 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 0 7 2008

Nelson L. Bryant
_____
    Plaintiff

NO._____

08CV817
JUDGE ST EVE
MAGISTRATE JUDGE NOLAN

vs.

Julie J. McBride
_____
    Defendant

Pro-se Motion leave to file late Complaint under the Civil Rights Act, Title 42 Section 1983.

---

Non comes the Plaintiff Nelson L. Bryant, pro-se And requests this honorable Court to grant his pro-se motion leave to file late complaint under the Civil Rights Act, title 42 section 1983 And States as follows:

1. On January 2, 1994, Plaintiff was Arrested and charged with first degree Murder, home invasion And two Courts of Criminal Sexual Assault.

2. On or about October 16, 1996, plaintiff obtained Ms. Julie J. McBride as private Attorney to represent him in his Criminal Matters.

3. From the time plaintiff was admitted into the Cook County Jail until his plea agreement he was held in the mental health Unit (R.T.U) where prescribed (Haldol) An anti psychotic Medication, see (Exhibits __A__

4. In April of 1994, plaintiff was examined by the psychiatria Institute.

5. And again in 1994, was examined by Doctor Carol Hillman, was diagnosis plaintiff as: Provisional brief reactive psychosis and/or provisional psychotic disorder (NOS).

6. Doctor hillman Concluded that plaintiff to be in precarious contact with reality and was at that time intensely proccupied and experiencing both auditory and visual hallucinations will flooded with images of death.

7. Furthermore, Doctor hillman noted in his report that plaintiff in his mental state was unable to assist his Attorney in his own defense and unfit to stand trial.

8. On June 30,1998, was convicted of 20 counts of charged Misconduct, which lead to her being disbarred by the Illinois Supreme Court from practicing law in Illinois.

9. After plaintiff's October 16, 1996, sentence, plaintiff was trans-ferred to the Illinois Department of Corrections (Stateville C.C ) where he Continued __Haldol, cogentin, Zolof__

10. Then to Pontiac Correctional Center, where his prescription to __Halol, cogentin Zolof__ continued.   See (Exhibit- D)

11. On June 5, 2000, the Illinois Appellate Court, first Judicial District reversed plaintiff's conviction and remanded his case back to the Cook County Circuit Court, ruling Ms. McBrides Assistance was ineffective.

12. On remandment of plaintiff's case back to the Cook County Circuit Court, plaintiff was again examined by Mental health Department (Cermak health Services of Cook County) And prescribed __Haldol and other antipsychotic medions__  see (Exhibits-__Not  Prov__ided.

13. On or about May 31, 2001, plaintiff through Jail house lawyer whom was also housed on a mental unit filed a Civil Rights Complaint against Ms. McBride arguing only that Ms. McBride Committed Malpractice when she represented plaintiff in his Criminal Matter.

14. Which was dismissed on June 1, 2001. The court held that plaintiff's Complaint lacked subject- Matter Jurisdiction, nor state a claim arising under federal law.

15. Plaintiff now requests this honorable court to allow him to file his late complaint under the civil rights Act, title 42 see 1983, Where he because of his mental state and history of mental illness have been prescribed antipsychotic Medication from the time of his January 2, 1994 Arrest until present. The delay in filing plaintiff's civil complaint is not due to his culpable negeligence. see (Exhibits-__A Through D_____

Nelson L. Bryant * K-50623